GARY OWEN CARIS (SBN 088918)
gcaris@mckennalong.com
LESLEY ANNE HAWES (SBN 117101)
lhawes@mckennalong.com
ANGELA E. FONES (SBN 245204)
afones@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
444 South Flower Street, 8th Floor
Los Angeles, CA 90071-2901
Telephone: (213) 688-1000
Facsimile: (213) 243-6330

Attorneys for Plaintiff
**ROBB EVANS** as Receiver

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBB EVANS, as Receiver over the Assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd.,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTOPHER J. BALL, et al.,<br><br>  Defendants. | CASE NO. CV06-17 ABC (VBKx)<br><br>**JUDGMENT AGAINST DEFENDANT JOHN FRANCIS KOVAK**<br><br>[F.R.C.P. 56]<br><br>DATE: September 22, 2008<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 680 |

Robb Evans as Receiver of the assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd. ("Plaintiff"), brought his Motion for Summary Judgment against Defendant John Francis Kovak, which was heard on September 22, 2008 at 10:00 a.m. in Courtroom 680 of the above-referenced Court, the Honorable Audrey B. Collins, United States District Judge presiding.  Gary Owen Caris of McKenna Long & Aldridge LLP appeared on behalf of the Plaintiff.  No other appearances were made despite due and proper notice having been given.  The Court having read and considered all papers filed in support of the Motion for Summary Judgment, including all admissible evidence filed in support of the Motion, and no opposition having been filed, the Court having heard and considered the arguments and contentions of counsel, the Court determining that no genuine issue as to any material fact exists and that Plaintiff is entitled to a judgment as a matter of law, and the Court finding that good cause exists for entry of a separate judgment under Rule 54 of the Federal Rules of Civil Procedure under the circumstances,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Robb Evans as Receiver of the assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd., shall have judgment against Defendant John Francis Kovak in the principal amount of $309,038.35 together with pre-judgment interest on said sum at the federal statutory rate under 28 U.S.C. § 1961 in effect on the date of filing this lawsuit and through September 24, 2008, in the amount of $36,725.45 for a total judgment in the amount of $345,763.80 pursuant to the First, Second and Third Claims for Relief asserted in Plaintiff's Complaint, together with an award of post-judgment interest accruing from and after the date of entry of judgment until paid in full pursuant to 28 U.S.C. § 1961;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the judgment entered against the Defendant herein and any other judgments entered

heretofore or hereafter in this action against any other defendants are several as to each such defendant unless otherwise expressly stated in the judgment to be joint and several as to the particular defendants; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there is no just reason for delay in entry of this final judgment against Defendant John Francis Kovak, and the Court expressly directs the entry of this separate judgment against said defendant pursuant to F.R. Civ. P. 54 notwithstanding whether this action remains pending against other defendants.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter this judgment forthwith notwithstanding whether this action remains pending against other defendants.

DATED: October 21, 2008_____  *Audrey B. Collins*

HON. AUDREY B. COLLINS
UNITED STATES DISTRICT COURT JUDGE

- 3 -
[PROPOSED] JUDGMENT AGAINST JOHN FRANCIS KOVAK - CASE NO. CV06-17 ABC (VBKx)
LA:17315127.1

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES